CR 16-132-BLW

Dear Judge winmill how are you your honor hopefully doing good I am writing you to Let you know I am working with U.S attorney kind of but they havent made no deal or no promises or nothing they say until I go to sentencing that they well tell you about your honor Im trying my Best to get this deal to please consider me getting put on probation I told the U.S attorney I well sign any papers & do any kind of treatment or whatever they ask me to all Im asking for is for probation and if I miss up on it I well go & do the time that you guys for Im asking you to please give me a second chance In Life & prove to you guys that I can change my Life I can be a better person I am 19 yrs old your honor Im trying to help you guys out the U.S government & give you guys that I told the task force I well get I am doing all this & taking Risks in my Life Just to be given a second chance in Life I promise you your honor I well not let you down if I have I have to be put on probation for 5 or ten years or more then put your honor and I promise you I well not mess up please consider these your honor this 7 months that Ive been in Jail have made me realize so much in Life it has gotten me closer to my Family & I have seen who my true Friends our it has gotten me closer to god & god is my witness in this he knows I didnt have no

sexual intercoarse with that girl. If god can come down & show you the truth about all you well see I'm not about person we all make mistakes in our Lifes were all sinners But I have faith in god & I know he will be by side all through I dont know if your religios or not but I pray for you also your honor I pray that you please help on this situation I'm I'm I'm barely starting my Life & Just for this mistake that I did by getting those pictures by that girl that I've know for two years & half I swear your honor I didnt know that was bad for her to send me those pictures I didnt force her nothing everything was consential but I promise I didnt mean no harm to your me & her Liked eachother she Lied to me in the first place about her age she told me she was 16 going 17 but when I find how old she really was we Just Became friends I never had no bad intentions with her I really Liked her & she Liked me I'm sorry that I got those pictures though we all make mistkes in our Life thats why I'm writing you this Letter to please consider giving me a chance on probation I'll do these two jobs that our big benefactor for the U.s goverment I ask you to forgive me for this crime & I beg you to please help out on this I promise I wont let you down Your honor I'm doing this for my mom & my family please understand me & please help out on Please & thank you take care

MINI-CASSIA CRIMINAL JUSTICE
INMATE NAME: ~~[redacted]~~ Jesus Nieto
1415 ALBION AVE
BURLEY, ID 83318-1851

BOISE ID 837

23 SEP 2016 PM

US POSTAGE $ 00.49
Mailed From 83318
09/22/2016
031A 0004187644

83201857730

Judge Winmill
801 e sherman st.
pocatello ID
83201 [illegible]

INTAKE: 353