BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
ANN T. WICK, IDAHO STATE BAR NO. 7119
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JESUS NIETO,<br><br>　　　　Defendant. | Case No. CR-16-132-E-BLW<br><br>**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR SENTENCE REDUCTION** |

　　　　The United States, by and through Bart M. Davis, United States Attorney for the District of Idaho, and the undersigned Assistant United States Attorney for the District of Idaho, hereby opposes Defendant's Motion for Sentence Reduction. To the extent that this Court has jurisdiction, if any, to rule on Defendant's motion, the Court should deny the Motion.

　　　　Defendant pleaded guilty to Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b). The penalties for this crime include a mandatory minimum sentence of at least

ten years, with a maximum life-term. 18 U.S.C. § 2422(b). Defendant's advisory Guideline range at sentencing was 360 months to life, based on a total offense level of 41 and a criminal history category of III. Presentence Report, ECF No. 49, ¶ 104. This Court sentenced Defendant below the advisory range to a term of imprisonment of 300 months in July 2017. Judgement, ECF No. 57.

Defendant appealed his sentence. *United States v. Nieto*, No. 17-30146, ECF No. 14 (9th Cir. April 11, 2018). On the basis of his appeal waiver, contained in the plea agreement and confirmed at the change of plea hearing, the Ninth Circuit Court of Appeals dismissed the appeal. *Nieto*, No. 17-30146, ECF Nos. 19, 23. Defendant now seeks a reduction of his sentence under Federal Rule of Criminal Procedure 35. ECF No. 77. He specifically requests his sentence be "correct[ed]" to 120 months, instead of 300 months. *Id*.

The Court should deny Defendant's motion. Defendant has not established that this Court has jurisdiction to reduce Defendant's sentence, much less for the grounds stated in Defendant's motion. *See*, *e.g.*, Crim. Rule 35 (sentence may be corrected within 14 days, or reduced at any time, upon government's motion and defendant's post-sentence substantial assistance). Moreover, Defendant's 300-month sentence is within the bounds of law and this Court's discretion.

Respectfully submitted this 13th day of November, 2018.

                                        BART M. DAVIS
                                        UNITED STATES ATTORNEY
                                        By:


                                        /s/_____
                                        ANN T. WICK
                                        Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of November, 2018, the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR SENTENCE REDUCTION** was electronically filed with the Clerk of the Court using the CM/ECF system, and a copy was sent to the following by U.S. Mail:

Jesus Nieto
U.S. Penitentiary Tucson
P.O. Box 24550
Tucson, AZ  85734

                                                   /s/
                                                   Janet Widdison
                                                   Legal Assistant