UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 4:16-CR-132-BLW |
| v. | **MEMORANDUM DECISION AND ORDER** |
| JESUS NIETO, | |
| Defendant. | |

# INTRODUCTION

The Court has before it a motion to reduce sentence. The motion is fully briefed and at issue. For the reasons explained below, the motion will be denied.

# ANALYSIS

Defendant Nieto pled guilty to Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b). The penalties for this crime include a mandatory minimum sentence of at least ten years, with a maximum life-term. *See* 18 U.S.C. § 2422(b). Defendant's Guideline range was 360 months to life, based on a total offense level of 41 and a criminal history category of III.

On July 11, 2017, Nieto was sentenced by this Court to a term of imprisonment of 300 months, a sentence below the Guideline range. Nieto appealed his sentence, but it was dismissed on the basis of the appeal waiver contained in his plea agreement. He now seeks a reduction of his sentence to 120 months under Rule 35.

A sentence may be corrected or reduced under Rule 35 (1) within 14 days of the sentencing or (2) at any time upon the Government's motion based on a defendant's substantial assistance. None of those criteria exist here and so Nieto's motion must be denied.

**ORDER**

In accordance with the Memorandum Decision set forth above,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to correct sentence (docket no. 77) is DENIED.

DATED: April 23, 2019

_____
B. Lynn Winmill
U.S. District Court Judge