UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 4:16-cr-00132-BLW |
|---|---|
| Plaintiff, | **MEMORANDUM DECISION AND ORDER** |
| v. | |
| JESUS NIETO, | |
| Defendant. | |

# INTRODUCTION

Before the Court is Defendant Jesus Nieto's Motion for an Extension of Time (Dkt. 81). Mr. Nieto seeks an extension of time to file a motion under 28 U.S.C. § 2255. For the reasons explained below, the Court will deny the motion.

# ANALYSIS

Defendant Nieto pled guilty to Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b). The penalties for this crime include a mandatory minimum sentence of at least ten years, with a maximum life-term. See 18 U.S.C. § 2422(b). On July 11, 2017, Nieto was sentenced by this Court to a term of imprisonment of 300 months, a sentence below the Guideline range. Nieto appealed his sentence, but it was dismissed on the basis of the appeal waiver contained in his plea agreement. *See Ninth Cir. Order,* Dkt. 75.

**MEMORANDUM DECISION AND ORDER - 1**

Mr. Nieto now wishes to file a motion for relief under 28 U.S.C. § 2255. The deadline for filing such a motion, which is subject to a one-year limitations period, has long since passed. The Ninth Circuit entered its judgment in this matter on July 12, 2018. *See Ninth Cir. Order,* Dkt. 75. Mr. Nieto has not filed a § 2255 petition even as of this date. Rather, on May 4, 2020, he filed a brief motion asking for an extension. He generally explains that he needs more time and assistance to file a petition. He also says that the Covid-19 pandemic has further hampered his efforts to prepare a § 2255 motion.

The Court will deny the request. Among other things, the Ninth Circuit has not yet considered whether a district court has jurisdiction to decide a motion for extension of time to file a § 2255 motion before such a motion is filed. Moreover, even assuming the Court had jurisdiction, Mr. Nieto has not provided a sufficient reason for the lengthy delay. The Court will therefore deny the motion.

## ORDER

**IT IS ORDERED that** Defendant Jesus Nieto's Motion for an Extension of Time (Dkt. 81) is **DENIED**.

DATED: November 23, 2020

B. Lynn Winmill
U.S. District Court Judge

MEMORANDUM DECISION AND ORDER - 2